**Morgan Smith,** OSB # 075406
E-mail: msmith@osba.org
OREGON SCHOOL BOARD ASSOCIATION
P.O. Box 1068
Salem, OR 97308
(503) 588-2800
Facsimile: (503) 485-1831
    Of Attorneys for Defendants

**Dennis H. Black** OSB # 763984
E-mail:dblack@blackchapman.com
BLACK CHAPMAN WEBBER STEVENS
221 Stewart Avenue, #209
Medford , OR 97501
(541) 772-9850
Fax (541) 779-7430
    Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **BRENDA TYLER**; and **MELLODY SANTIBANEZ-TYLER**, by and through her Guardian ad Litem, **BRENDA TYLER,** | CASE NO. 09-3096-CL |
|        Plaintiffs, | **STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
|   v. | |
| **CITY OF MEDFORD; MEDFORD SCHOOL DISTRICT 549C**; and **ERNIE WHITEMAN,** an individual, | |
|        Defendants. | |

Pursuant to the settlement between plaintiffs and defendants through their counsel,

plaintiffs' Complaint and all claims therein shall be dismissed with prejudice and without costs

or attorney's fees for either party.

///

Page 1 -STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated to.


 /s/ Dennis H. Black                                  /s/ Morgan B. Smith
Dennis H. Black OSB # 763984              Morgan B. Smith OSB #075406
Attorney for plaintiffs                          Attorney for defendants

Dated: May 5, 2010                             Date: May 5, 2010


    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with

prejudice and without costs or attorneys fees to any party.

Dated: _____5/7/10_____, 2010

_____
United States District Judge